UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23620-CIV-MARTINEZ-BECERRA

DOMINGO A. JIMENEZ,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF TREASURY,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for "a Report and Recommendation on all dispositive matters not consented to by the parties." (ECF No. 6.) Plaintiff filed a Motion to Proceed *in forma pauperis* (the "Motion"), (ECF No. 3). Judge Becerra filed a Report and Recommendation in which she recommended that this Court deny the Motion without prejudice. (ECF No. 7.) This Court has reviewed the entire file and record and notes that no objections have been filed, and the time to object has long passed. After careful consideration, it is:

    **ADJUDGED** that Judge Becerra's Report and Recommendation, (ECF No. 7), is **AFFIRMED** and **ADOPTED**.

    Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, (ECF No. 3), is **DENIED WITHOUT PREJUDICE**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of June, 2023.

                                                                     _____
                                                                     JOSE E. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record