UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23620-CIV-MARTINEZ-SANCHEZ

DOMINGO A. JIMENEZ,

    Plaintiff,

v.

U.S. DEPARTMENT OF TREASURY,

    Defendant.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, pursuant to 28 U.S.C § 636 for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation ("R&R") on all dispositive matters. (ECF Nos. 6, 19). Judge Sanchez filed an R&R on Defendant's Motion to Dismiss (ECF No. 22), recommending that Defendant's Motion be granted and that Plaintiff's Complaint be dismissed without prejudice as an impermissible shotgun pleading. (ECF No. 26). The R&R instructed the parties to file their objections, if any, to the R&R by March 5, 2025. (*Id.*)

Plaintiff did not file objections, but instead filed an "Opposition to Motion to Dismiss." (ECF No. 27.) However, because Plaintiff is proceeding *pro se*, his pleadings are held to a less stringent standard and be liberally construed. *Trawinski v. United Technologies*, 313 F.3d 1295, 1297 (11th Cir. 2002). Accordingly, this Court construed Plaintiff's Opposition to Motion to Dismiss (ECF No. 27), as an objection to the R&R, but finds that it fails to provide any valid basis to overrule the R&R. In fact, it does not even directly address the R&R or Defendant's Motion to Dismiss, but instead provides more of the same "conclusory, vague, and immaterial facts not

1

obviously connected to any particular cause of action" as are found within the initial complaint. (ECF No. 27.) After conducting a *de novo* review of the record and Objections, (ECF No. 27), this Court agrees with Defendant and Judge Sanchez that Plaintiff's complaint is due to be dismissed as an impermissible shotgun pleading. It is hereby **ORDERED** and **ADJUDGED** that:

1. Judge Sanchez's Report and Recommendation, (ECF No. 26), is **AFFIRMED and ADOPTED**.

2. Defendant's Motion to Dismiss, (ECF No. 22), is **GRANTED**.

3. Plaintiff's Complaint, (ECF No. 1), is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12 day of March, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record
Domingo A. Jimenez, *pro se*